In the Matter of the Application of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Lands Required for East River Park in the Borough of Queens.

THE COMPTROLLER OF THE CITY OF NEW YORK, Appellant; WOODWARD-BROWN REALTY COMPANY, Respondent.

*Eminent domain — condemnation proceedings — interest on award in proceeding by city of New York.*

*Matter of City of N. Y. (East River Park),* 209 App. Div. 662, affirmed.

(Argued October 1, 1924; decided October 21, 1924.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 6, 1924, which reversed an order of Special Term denying a motion for an order directing the comptroller of the city of New York to pay to the claimant interest on an award in condemnation proceedings. The question presented was whether the claimant was entitled to interest to the date of the payment to it, or did the running of such interest terminate six months after the date of the entry of the order of the Special Term confirming the report of the commissioners of estimate.

*George P. Nicholson, Corporation Counsel (L. Howell La Motte, Joel J. Squier* and *William B. R. Faber* of counsel), for appellant.

*Paris S. Russell* and *George J. Gillespie* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.